# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 31, 2024

### NO. 03-24-00127-CV

**Kimberly Minjarez, Appellant**

**v.**

**Tanglewood Forest Limited District; Ron Peterson, Nikki Krueger, and Brian Whelan, each in His or Her Official Capacity as Directors of Tanglewood Forest Limited District, Appellees**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICE SMITH AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

---

Kimberly Minjarez has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.